FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 03, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZIRKLE FRUIT COMPANY, a Washington Corporation, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR; PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor; JOHN P. PALLASCH, in his official capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor; CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor; <br><br> Defendants. | No. 1:19-cv-03180-SMJ <br><br> **ORDER DISMISSING CASE** |

On March 31, 2020, the parties filed a stipulated dismissal, ECF No. 100. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

1. The parties' Notice of Stipulated Dismissal, **ECF No. 100**, is **ACKNOWLEDGED**.

ORDER DISMISSING CASE – 1

2. All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorney fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

5. The Court retains continuing jurisdiction to enforce its prior Orders, including concerning the remittance of unpaid wages, *see* ECF No. 93 at 30–31, *as modified by* ECF No. 97. *See Hook v. State of Ariz., Dept of Corr.*, 972 F.2d 1012, 1014 (9th Cir. 1992) (citing *City of Las Vegas, Nevada v. Clark Cty., Nevada*, 755 F.2d 697, 701 (9th Cir. 1984)).

6. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 3rd day of April 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge